1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   EMILY KINGSTON (CSBN 184752)
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone:  (415) 436-7000

6  Attorneys for United States of America

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                     NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10  **UNITED STATES OF AMERICA,**          )   **No. C-03-2990 SC**
    **R. JACQUEZ, JR.,**                   )
11                                         )
              **Petitioners,**             )
12                                         )   **PETITIONERS' REQUEST FOR DISMISSAL**
                                           )   **AND TO VACATE MAY 25, 2005 STATUS**
13                                         )   **CONFERENCE AND [Proposed] ORDER**
    **TIMOTHY A. RANDOLPH,**               )
14                                         )   **DATE:       May 25, 2005**
              **Respondent.**              )   **TIME:       10:00 a.m.**
15  _____       )   **PLACE:   Courtroom 1, 17th Floor**

16          The Petitioners, the United States of America and Revenue Officer R. Jacquez, Jr., hereby

17  respectfully request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order

18  dismissing this action as the Respondent, Timothy A. Randolph, has substantially complied with the

19  administrative Internal Revenue Service summons served upon him, which underlies this action, and this

20  Court's Order Enforcing Summons.

21          In light of this request for dismissal, the Petitioners further respectfully request that the Court

22  vacate the Status Conference scheduled for May 25, 2005, at 10:00 a.m.

23                                  Respectfully submitted,

24                                  KEVIN V. RYAN
                                    United States Attorney
25

26  Dated:  _May 16, 2005_       By:   _/s/ Emily J. Kingston_____
                                        EMILY J. KINGSTON
27                                      Assistant United States Attorney
                                        Tax Division
28                                      Counsel for the Petitioners

1

## **ORDER**

The Court having read and considered the Petitioners' Request to Dismiss Action and to Vacate Contempt Hearing, being aware of the facts in this case, and being advised that the Respondent, Timothy Randolph, has substantially complied with the summons underlying this action, and this Court's Order Enforcing Summons, and for good cause shown,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed with prejudice.

**IT IS FURTHER HEREBY ORDERED** that the Status Conference scheduled for May 25, 2005, at 10:00 a.m. is vacated.

**IT IS SO ORDERED.**

Dated:  5/17/05

/s/ Samuel Conti

THE HONORABLE SAMUEL CONTI
United States District Judge

1         **CERTIFICATE OF SERVICE**

2         I, **KATHY TERRY** declare:

3         That I am a citizen of the United States of America and employed in San Francisco County,

4 California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box

5 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to

6 the above-entitled action.

7         I am employed by the United States Attorney for the Northern District of California and

8 discretion to be competent to serve papers.  The undersigned further certifies that on **May 16, 2005**, I

9 caused a copy of the following:

10         PETITIONERS' REQUEST TO DISMISS ACTION
        AND VACATE STATUS CONFERENCE

11         AND [Proposed] ORDER THEREON

12 to be served this date upon the Respondent in this action by placing a true copy thereof in a sealed

13 envelope, and served as follows:

14 _X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the

15 designated area for outgoing U.S. mail in accordance with this office's practice, to the party addressed as

16 follows:

17 **Timothy A. Randolph**
**34237 Torrey Pine Lane**

18 **Union City, California 94587-8033**

19         I declare under penalty of perjury under the laws of the United States that the foregoing is true

20 and correct.

21         Executed on **May 16, 2005** at San Francisco, California.

22

23                    */s/ Kathy Terry*
                   **KATHY TERRY**

24                    **Legal Assistant**

25

26

27

28

*Petitioners' Request to Dismiss and Vacate*
*Case No. C-03-2990 SC*         3